SAMUEL GINSBERG, Respondent, v. FORT TRYON HOLDING CORPORATION and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

EMPIRE CARPET CORPORATION, Respondent, v. JULIUS BLOOMFIELD, Appellant.— Judgment and order reversed, with costs, and motion denied, with ten dollars costs, upon the ground that there is an issue of fact to be tried. Present — Finch, McAvoy, Martin and O'Malley, JJ.

MARION K. DOW, Respondent, v. LOUIS STEWART, JR., Appellant.— The defendant was entitled upon the trial to show that his approval was not arbitrarily or unreasonably withheld. Determination of Appellate Term, in so far as it grants judgment for plaintiff reversed and in other respects affirmed and a new trial ordered, with costs of this appeal to the appellant to abide the event. Present — Finch, McAvoy, Martin and O'Malley, JJ.

HELEN MARX, Respondent, v. JACK VON TILZER and ISABEL B. VON TILZER, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

DAVID A. CALHOUN, Appellant, v. DEVELOPMENT LEASEHOLD CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of WINFIELD BONYNGE, as Executor, etc., of LILLIAN DEC. GESNER, Deceased.— Decree affirmed, with costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

SARI EISSNER FEIN, Respondent, v. PAUL FEIN, Appellant.— Judgment modified by striking out the provision for counsel fee, and as so modified affirmed, without costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS SIGETY, Respondent, v. GARMENT CENTER CAPITOL, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

EMANUEL H. LOEB and Others, Appellants, v. CARL MOSHEIM, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.; Finch, J., dissents and votes to reverse the order so far as appealed from and grant the motion to strike out the third defense. (See McMillan v. Arthur, 98 N. Y. 167; Minneapolis Trust Co. v. Mather, 181 id. 205.)

In the Matter of Supplementary Proceedings of ROBERT E. KENNEDY, Judgment Creditor, Appellant, v. CHARLES J. SWAN, Judgment Debtor, Respondent.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

BLEAKLEY TRANSPORTATION COMPANY, INC., Respondent, v. TOMKINS COVE STONE COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.